# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA

| Page # | USA | Docket # 7:08-CR-68-1F |
|---|---|---|
| Ptf. | vs. | District EDNC |
| Deft. X | AHMED SHAWAKHA | Date 8/5/08 |
| Govt. | | |

| Presiding Judge USMJ WEBB | Court Reporter FTR | Courtroom Deputy STP |
|---|---|---|

| DATE | NUMBER | IDENTIFIED BY WITNESS | EXHIBIT DESCRIPTION | OFFERED | OBJECT | OVERRULE | SUSTAIN | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| 8/5/08 | 1 | | AFFIDAVIT OF DIANE LIBECKI-LONG | X | | | | X |
| 8/5/08 | 2 | | AFFIDAVIT OF FARIS KHATIB | X | | | | X |