UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:08-CR-00068-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF APPEAL |
| AHMED MOHAMMED SHAWAKHA, | ) | |
| Defendant | ) | |

Notice is hereby given that Ahmed Mohammed Shawakha, Defendant in the above-named case, by and through counsel, does hereby appeal to the United States Court of Appeals for the Fourth Circuit the Judgment entered in this action on the 15th day of June 2009, in the United States District Court for the Eastern District of North Carolina.

Defendant further states to the Court that he is financially unable to perfect such appeal and requests the Court to appoint an attorney to assist in said appeal.

RESPECTFULLY SUBMITTED, this 19th day of June 2009.

        BY:  /s/ H. Gerald Beaver
        Attorney for Defendant Ahmed Mohammed Shawakha
        BEAVER, HOLT, STERNLICHT & COURIE, P.A.
        230 Green Street
        P. O. Box 2275
        Fayetteville, NC 28302
        Telephone: (9l0) 323-4600
        Facsimile: (910) 323-3403
        E-mail: hgbeaver@beaverholt.com
        North Carolina State Bar No. 5503
        Retained Counsel

## CERTIFICATE OF SERVICE

I, H. GERALD BEAVER, attorney for the Defendant in the above-referenced matter, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer E. Wells
Assistant U. S. Attorney
800 Terry Sanford Federal Bldg.
310 New Bern Ave.
Raleigh, NC 27601-1461

RESPECTFULLY SUBMITTED, this 19th day of June 2009.

BY: /s/ H. Gerald Beaver
Attorney for Defendant Ahmed Mohammed Shawakha
BEAVER, HOLT, STERNLICHT & COURIE, P.A.
230 Green Street
P. O. Box 2275
Fayetteville, NC 28302
Telephone: (9l0) 323-4600
Facsimile: (910) 323-3403
E-mail: hgbeaver@beaverholt.com
North Carolina State Bar No. 5503
Retained Counsel